## Law Office of Andrea Paparella, PLLC

Phone: 617-680-2400
Facsimile: 914-462-3287
Email: amp@andreapaparella.com

| **Preferred Mailing Address:** | **New York Address:** |
|---|---|
| 10 Federal Street, Suite 28 | 134 W. 29th Street, Suite 1001 |
| Salem, MA 01970 | New York, NY 10001-5304 |

August 18, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Court
500 Pearl Street, Room 1920
New York, NY 10007

Re: Monica Sacco v. Cintas Corporation; Case No. 1:25-cv-04031; response to Order, dated August 12, 2025

Dear Judge Rochon:

We represent Monica Sacco and respectfully write jointly with Defendant Cintas Corporation's counsel.

We respectfully request that this matter is stayed pending arbitration.

The Parties further agree and stipulate that, for purposes of any statute of limitations or similar time-based defenses, the date of filing of the original complaint in this action shall be deemed the controlling date, and not the later date of filing in arbitration.

The Court GRANTS the parties' joint request to stay this matter pending arbitration. The parties are directed to provide updates **every ninety days** regarding the status of arbitration, with the first status update due **November 17, 2025**.

Respectfully submitted,

*Andrea Paparella*
Andrea Paparella

Date: August 18, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

*Cole D. Bond*
Cole D. Bond